**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Richard W. Fischer, d/b/a Richard Fischer Architects, a Minnesota Sole Proprietorship,

Plaintiff,

vs.

Grace Evangelical Lutheran Church of Mora, Minnesota, d/b/a Grace Lutheran Church; Riverside Construction of Elk River, Inc.; Leonard A. Lampert, d/b/a Lampert Architects; Stroh Engineering, a Professional Corporation; Lutheran Brotherhood, a Minnesota Corporation; and Greater Minnesota Credit Union,

Defendants.

Case No.: 01-244 0-244 MJD/RLE

**STIPULATION OF DISMISSAL OF LUTHERAN BROTHERHOOD WITHOUT PREJUDICE AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned counsel:

THAT, the Defendant, Lutheran Brotherhood, only, may be and is hereby dismissed, without prejudice and without costs to any party, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure;

THAT, the Defendant, Lutheran Brotherhood, waives the limitation of actions provisions of Minn. Stat. Section 514.12, Subdv. 3, as to Plaintiff's claims in its Complaint asserted against Lutheran Brotherhood only, until the earlier of the entry of a stipulation or order of dismissal with prejudice of the Plaintiff's claims, or the entry of final judgment on Plaintiff's claims in this matter;

FILED AUG 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS FURTHER STIPULATED AND AGREED, that the Court may issue an Order in conformity with the foregoing Stipulation of the parties.

Dated: August 2, 2001

**KALINA, WILLS,**
**GISVOLD & CLARK, PLLP**

By: ______________________________
Michael C. Glover (#185401)
941 Hillwind Road N.E., Suite 200
Minneapolis, MN 55432-5964
Telephone: 612-789-9000
Telecopier: 763-571-2418
Attorneys for Defendant Lutheran Brotherhood

Dated: August 13, 2001

FABYANSKE, WESTRA & HART

By: [signature]
Patrick J. Lee-O'Halloran (#269074)
920 Second Avenue South, #1100
Minneapolis, MN 55402
Telephone: (612) 338-3857
Attorneys for Plaintiff Richard W. Fischer

Dated: July 31, 2001

**FAFINSKI MARK & JOHNSON, P.A.**

By: ______________________
Kerry L. Middleton (#26622X)
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
Telephone: (952) 995-9500
Attorneys for Defendant Riverside Const.

Dated: August 13, 2001

**MEAGHER & GEER**

By: ______________________
Chad Stepan (#0279535)
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661
Attorneys for Defendants Leonard A. Lampert, d/b/a Lampert Architects and Stroh Engineering

Dated: August 23, 2001

**ABRAMS & SMITH**

By: ______________________
Paul R. Smith (# 181473 )
700 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 342-2100
Attorneys for Defendant Grace Lutheran Church & Greater MN Credit Union

## ORDER

Based upon the foregoing Stipulation of the parties, IT IS HEREBY ORDERED,

THAT, the Defendant, Lutheran Brotherhood, only, may be and is hereby dismissed, without prejudice and without costs to any party, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure subject to the limitations of the foregoing Stipulation of the Parties

Dated: August 29, 2001

BY THE COURT

Michael J. Davis
Michael J. Davis
Judge of United States District Court

I:\HOME\COMLIT\LUTHERAN\STIPDIS3.ORD