UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Richard W. Fischer, d/b/a
Richard Fischer Architects,
a Minnesota Sole Proprietorship,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Grace Evangelical Lutheran
Church of Mora, et al.,

Defendants.

Civ. No. 01-244(JEL/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Joan E. Lancaster, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: September 6th, 2002
At Duluth, Minnesota

(21)

FILED SEP 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK