UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Richard W. Fischer, d/b/a Richard Fischer Architects, a Minnesota Sole Proprietorship,

Plaintiff,

vs.

Grace Evangelical Lutheran Church of Mora, Minnesota, d/b/a Grace Lutheran Church; Riverside Construction of Elk River, Inc.; Leonard A. Lampert, d/b/a Lampert Architects; and Stroh Engineering, a Professional Corporation; Lutheran Brotherhood, a Minnesota Corporation; and Greater Minnesota Credit Union.

Defendants.

Court File No. 01-244MJD/RLE

**STIPULATION FOR DISIMISSAL WITH PREJUDICE AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled action, having been duly compromised and settled as to all claims by all parties, may be and hereby is dismissed on the merits and with prejudice, without further costs to any of the parties hereto.

Dated: ________, 2002

**FABYANSKE, WESTRA & HART, P.A.**

By: ____________________
Dean B. Thomson (#141045)
Patrick J. Lee-O'Halloran (#269074)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

**ATTORNEYS FOR PLAINTIFF**

FILED 11-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: Oct. 25, 2002

**ABRAMS & SMITH, P.A.**

By: ______________________

Paul R. Smith (#181493)
12th Floor Pillsbury Center South
220 South 6th Street
Minneapolis, MN 55402
(612) 342-2100

**ATTORNEYS FOR DEFENDANTS GRACE EVANGELICAL LUTHERAN CHURCH OF MORA, MINNESOTA AND GREATER MINNESOTA CREDIT UNION**

Dated: 10 25, 2002

**MEAGHER & GEER P.L.L.P**

By: ______________________

Mark J. Heley (#15116)
4200 Mutlifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

**ATTORNEYS FOR DEFENDANTS LEONARD A. LAMPERT AND STROH ENGINEERING, A PROFESSIONAL CORPORATION**

Dated: 10/31, 2002

**FAFINSKI MARK & JOHNSON, P.A.**

By: ______________________

Kerry L. Middleton (#26622X)
6600 City West Parkway, Suite 300
Eden Prairie, MN 55344
(952) 995-9500

**ATTORNEYS FOR DEFENDANT RIVERSIDE CONSTRUCTION OF ELK RIVER, INC.**

Richard Fischer, et al. v. Grace Evangelical Lutheran Church of Mora, et al.,
Civil No.: 01-244 (MJD/RLE)

**ORDER**

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice, on the merits, and without further costs to any of the parties or their attorneys.

Dated this 4th day of Nov., 2002.

Michael J. Davis
The Honorable Michael J. Davis
Judge of United States District Court

FAFINSKI MARK & JOHNSON, P.A.
ATTORNEYS AT LAW

6600 CITY WEST PARKWAY, SUITE 300 • EDEN PRAIRIE, MN 55344
952.995.9500 • FAX: 952.995.9577 • www.fmjlaw.com

October 31, 2002

The Honorable Michael J. Davis
United States District Court
U.S. Courthouse, Suite 14E
300 South Fourth Street
Minneapolis, MN 55415

RE: ***Richard W. Fischer v. Riverside Construction of Elk River, Inc., et al.***
Court File No: 01-244MJD/RLE
Our File No: 60204-1

Dear Magistrate Erickson:

Enclosed herewith for filing in the above-referenced matter are the parties' stipulation and proposed order of dismissal (original and two copies). Thank you for your attention to this matter. Please let me know if you have any questions or comments.

Sincerely,

Kerry L. Middleton

KLM/maj

cc: Patrick J. Lee-O'Halloran
Paul Smith
Mark J. Heley